## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TINA LEONARD** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 3:11-cv-00846-SSV-JCW** |
| | * | |
| **SAM'S WEST, INC., d/b/a SAM'S CLUB and XYZ INSURANCE COMPANY** | * | **JURY TRIAL REQUESTED** |
| | * | |

\* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STATEMENT OF UNCONTESTED FACTS

Defendant, Sam's East, Inc., submits the following Statement of Uncontested Facts in connection with its Motion for Summary Judgment:

1. The Plaintiff alleges that on or about May 17, 2011, she fell in the parking lot of Sam's Club, located at 7685 Airline Highway, Baton Rouge, East Baton Rouge Parish, Louisiana.

2. The Plaintiff alleges she stepped into a "hole" in the parking lot of the Sam's Club, causing her foot to "go down" and roll to the right side.[1]

3. The Plaintiff has no information from any source indicating the cause of the condition of the concrete in the parking lot, which caused her to fall.[2]

4. The Plaintiff has no information from any source indicating how long the condition had existed.[3]

---

[1] See Exhibit "A," Plaintiff's Deposition at p. 54, ll. 1-12, 22-25, p. 55, ll. 1-2.
[2] See Exhibit "A," at p. 70, ll.24-5, p. 71, ll. 1-2.
[3] See Exhibit "A," at p. 71, ll. 3-5.

5.  The Plaintiff has no information from any source indicating that a Sam's East employee knew that the condition existed prior to her accident and failed to take corrective and/or preventative measures.[4]

**Respectfully submitted,**

s/ *Isidro R. DeRojas*
**THOMAS P. ANZELMO, T.A., Bar No. 2533**
**ISIDRO R. DEROJAS, Bar No. 18182**
**McCRANIE, SISTRUNK, ANZELMO,**
**HARDY, McDANIEL & WELCH**
3445 N. Causeway Boulevard, Ste. 800
Metairie, LA   70002
Telephone:  (504) 831-0946
Facsimile:  (800) 977-8810
*ATTORNEYS FOR DEFENDANT,*
*SAM'S EAST, INC.*

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 20th day of November, 2012, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by filing this pleading electronically using the United States District Court for the Middle District of Louisiana ECF system.

*/s/ Isidro R. DeRojas*
**ISIDRO R. DEROJAS**

---

[4] Id. at p. 71, ll. 6-9.