# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TINA LEONARD | * | CIVIL ACTION |
| VERSUS | * | NO. 3:11-cv-00846-JJB-CN * |
| SAM'S WEST, INC., d/b/a SAM'S CLUB and | * | JURY TRIAL |
| XYZ INSURANCE COMPANY | * | REQUESTED |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

STATE OF LOUISIANA

PARISH OF LIVINGSTON

## AFFIDAVIT

BEFORE ME, the undersigned Notary, personally appeared:

### RICHARD LOUDENSLAGER

who after being duly sworn, did depose and say that:

1. I was the asset protection associate at the Sam's Club located at 7685 Airline Highway, Baton Rouge, East Baton Rouge Parish, Louisiana prior to its closure in January 2012;

2. Besides the incident reported by Ms. Tina Leonard, there have been no other reported incidents in connection with the condition in the parking lot alleged to have caused plaintiff's incident;

3. The condition at issue was located in a parking space, not a designated pedestrian walkway or a high traffic area;

EXHIBIT C

4. I personally went out to the site and took measurements of the condition;

5. At its longest point, the condition is nine inches in width and narrows to a point. The condition is similar to a funnel in that it is very shallow towards the edges and deepening to approximately seven-eighths of an inch. The average depth of the condition is approximately five-eighths of an inch. The condition is approximately one foot from the inner boundary of the parking space.

The foregoing is true to the best of my knowledge, information and belief.

_____
RICHARD LOUDENSLAGER

SWORN TO AND SUBSCRIBED before me this 14th day of November, 2012.

_____
ISIDRO RENÉ DEROJAS
Notary Public
Notary No. 67332
Bar No. 18182
My Commission is for life.







